UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
(BRIDGEPORT)
-------------------------------------------------------x

In re                                                    Chapter 11
                                                         Case No. 12-51608 (AHWS)

JHK Investments, LLC.
                                                         Application for a first allowance of fees for
                                                         accountant to the Debtor-in-Possession

                        Debtor.
-------------------------------------------------------x

<u>FEES AND EXPENSES APPLICATION
COVER SHEET</u>

Name of Applicant: **CBIZ MHM, LLC**

Authorized to Provide Professional Services to: **The Debtor-in-Possession of JFK
Investments, LLC**

Date of Retention: **November 6, 2012** *nunc pro tunc* **September 24, 2012**

First Interim Fee Period: **September 24, 2012 through May 31, 2013**

Amount of Compensation Sought: **$16,312.50**

Amount of Expense Sought: **$305.57**

Total Amount of Fees and Expenses: **$16,618.07**

Amount of Compensation Paid as Actual, Reasonable and Necessary: **$0.00**

Amount of Reimbursement Paid as Actual, Reasonable and Necessary: **$0.00**

Amount Outstanding on First Interim fee Application: **$12,305.57**[1]

Total Amount of Unpaid Compensation and Reimbursement: **$12,305.57**

---

[1] Per the Affidavit of Steven Golden, CBIZ has agreed to receive a maximum compensation of $12,000.00

Seeking Interim Approval of Current and all Prior Fee Applications, as Set Forth Below:

| Application | Fees | Expenses | Fees + Expenses | Amount Allowed (100%) | Amount Ordered (80%) | Payments Received | Voluntary Reduction | Amount Outstanding |
|---|---|---|---|---|---|---|---|---|
| First Interim Fee Application September 24, 2012 – May 31, 2013 | $16,312.50 | $ 305.57 | $16,618.07 | $    - | $    - | $    - | $4,312.50 | $12,305.57 |
| **Total** | **$16,312.50** | **$ 305.57** | **$16,618.07** | **$    -** | **$    -** | **$    -** | **$4,312.50** | **$12,305.57** |

No Retainer Has Been Paid to this Applicant

This is a:      _____Monthly      __X__Interim      _____Final

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
(BRIDGEPORT)
--------------------------------------------------------x
In re                                                    Chapter 11
                                                         Case No. 12-51608 (AHWS)

JHK INVESTMENTS, LLC
                                                         Application for a first allowance of fees for
              Debtor.                                    accountant to the Debtor-in-Possession
--------------------------------------------------------x


STATE OF CALIFORNIA     )
                        )  ss:
COUNTY OF SAN DIEGO     )

CBIZ MHM, LLC ("CBIZ") hereby applies to the court for a first allowance of fees and
expenses, and represents as follows:

1.  On August 29, 2012 ("Petition Date"), the Debtor filed voluntary petition for relief under
    Chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the District of
    Connecticut ("Court"). Pursuant to sections 1107 and 1108 of the Bankruptcy Code, the
    Debtor continues to operate their businesses and properties as debtor-in-possession. No
    trustee or examiner has been appointed in these cases.

2.  On November 7, 2012, the Debtor filed an application to employ CBIZ as Accountant to the
    Debtor.

3.  The engagement of CBIZ is under the direct supervision of Steven Golden, CPA, a managing
    director of the firm with familiarity in the bankruptcy and insolvency area of accounting and
    auditing.

4.  By Order dated on or about December 12, 2012, the Court approved the retention of CBIZ as
    accountant to the Debtor-in-Possession (the "Debtor") effective as of September 24, 2012.
    The order for retention is attached as Exhibit C.

5.  CBIZ maintains records of time it expended in the rendition of all professional services. The
    firm's time records were made concurrently with the rendition of professional services, and
    all such records are available for inspection. Exhibit A-1 hereto sets forth a schedule
    showing the name, position, hours worked from September 24, 2012 through May 31, 2013,
    ("Compensation Period") hourly billing rate and dollar amount of services rendered for all
    professionals of CBIZ having devoted time to this case. Exhibit A-2 hereto is a summary of
    the services rendered, by professional, for each project category. Exhibit A-3 hereto is a
    breakdown of all professionals' daily time details, by project category.

6. Following is a description of the firm's services provided to the Debtor along with the aggregate time expended by category:

### A. CASE ADMINISTRATION

During the Compensation Period, CBIZ prepared its retention papers. CBIZ seeks compensation for 1.0 hours of reasonable and necessary fees incurred for Case Administration - General during the Compensation Period in the total amount of $595.00.

### B. TELECONFERENCES/MEETINGS - DEBTORS/COUNSEL

During the Compensation Period, CBIZ prepared for and participated in teleconferences with the Debtor and Counsel. Issues discussed included the 2011 partnership tax returns and missing items needed to finalize return, among other matters. CBIZ seeks compensation for 2.0 hours of reasonable and necessary fees incurred for Teleconferences/Meetings - Debtors/Counsel during the Compensation Period in the total amount of $975.00.

### C. TAX ISSUES

During the Compensation Period, CBIZ prepared the 2011 partnership tax returns, including tax planning and tracking of missing items needed for the completion of the tax returns. CBIZ seeks compensation for 45.8 hours of reasonable and necessary fees incurred for Tax Issues during the Compensation Period in the total amount of $14,742.50.

7. The total time, hours and dollars expended by managing directors and other professional staff of CBIZ for the period September 24, 2012 through May 31, 2013 in performing the work described above in paragraph 6 is as follows:

|  | Hours | Amount |
|---|---|---|
| Managing Directors and Directors | 4.7 | $ 2,955.00 |
| Senior Managers and Managers | 24.6 | 7,995.00 |
| Associates | 19.5 | 5,362.50 |
|  |  | 16,312.50 |
| Voluntary reduction |  | (4,312.50) |
|  | **48.8** | **$ 12,000.00** |

The total blended hourly rate for professional services is $245.90

8. Applicant makes this first interim application for allowance of fees in the total amount of $12,000.00 (net of a voluntary reduction of $4,312.50), which it deems to be fair and reasonable, and submits that all professional services for which fees are sought were necessary in performing its fiduciary obligations in connection with these matters.

2

9.  Reimbursement of expenses:  The Applicant has disbursed sums for actual and necessary expenses in the rendition of professional services in this case, and requests that it be reimbursed for out-of-pocket expenses aggregating $305.57, listed in Exhibit B.

10. Wherefore, Applicant respectfully requests this court to grant total compensation in the amount of $12,000.00 (net of a voluntary reduction of $4,312.50), and for reimbursement of out-of-pocket expenses in the amount of $305.57.

Steven Golden, CPA

Sworn to and subscribed to before
me this 6th day of August 2013

Notary Public

RACHEL E. STONE
Commission # 1954844
Notary Public - California
San Diego County
My Comm. Expires Oct 2, 2015

3

**<u>EXHIBIT A-1</u>**

JHK INVESTMENTS, LLC

TIME SUMMARY

September 24, 2012 through May 31, 2013

Exhibit A-1

### JHK Investments, LLC
### Professional Time Summary
September 24, 2012 through May 31, 2013

| Initial | Name | Title | Rate | Time | Amount |
|---|---|---|---|---|---|
| SG | Steven Golden | Managing Director - Tax | $  650.00 | 3.5 | $  2,275.00 |
| CB | Charles Berk | Managing Director | $  595.00 | 1.0 | $  595.00 |
| RT | Robert Thee | Director | $  425.00 | 0.2 | $  85.00 |
| MW | Maggie Wong | Manager | $  325.00 | 24.6 | $  7,995.00 |
| LS | Ling Su | Associate | $  275.00 | 19.5 | $  5,362.50 |
|  |  |  |  | **48.8** | **$  16,312.50** |

**EXHIBIT A-2**

JHK INVESTMENTS, LLC

DAILY TIME BY PROFESSIONAL
BY CATEGORY

September 24, 2012 through May 31, 2013

Exhibit A-2

JHK Investments, LLC
Employee Time Detail Summary by Category & Individual
September 24, 2012 through May 31, 2013

|  | Name | Time | Fees |
|---|---|---|---|
| **Case Administration - General** | Charles Berk | 1.0 | 595.00 |
| **Case Administration - General Total** |  | **1.0 $** | **595.00** |
|  |  |  |  |
| **Teleconferences/Meetings - Debtor/Counsel** | Steven Golden | 1.0 | 650.00 |
|  | Maggie Wong | 1.0 | 325.00 |
| **Teleconferences/Meetings - Debtor/Counsel Total** |  | **2.0 $** | **975.00** |
|  |  |  |  |
| **Tax Issues** | Steven Golden | 2.5 | 1,625.00 |
|  | Ling Su | 19.5 | 5,362.50 |
|  | Robert Thee | 0.2 | 85.00 |
|  | Maggie Wong | 23.6 | 7,670.00 |
| **Tax Issues Total** |  | **45.8 $** | **14,742.50** |
|  |  | **48.8 $** | **16,312.50** |

**EXHIBIT A-3**

JHK INVESTMENTS, LLC

DAILY TIME DETAILS
BY INDIVIDUAL

See attached details of all professionals' time from
September 24, 2012 through May 31, 2013

JHK Investments, LLC
Employee Time Detail
September 24, 2012 through May 31, 2013

| Date | Initial | Project Category | Explanation of Work Performed | Rate | Time | Fees |
|---|---|---|---|---|---|---|
| 9/24/2012 | CB | Case Administration - General | Preparation of the retention affidavit. Review the draft Application and draft Order. | $ 595.00 | 1.0 | 595.00 |
| 10/10/2012 | MW | Tax Issues | Preparation of 2011 estimated income and allocations schedule | $ 325.00 | 1.5 | 487.50 |
| 10/11/2012 | LS | Tax Issues | Preparation of 2011 K-1 allocation schedule for individual returns | $ 275.00 | 1.5 | 412.50 |
| 12/28/2012 | MW | Tax Issues | Initial set-up of 2011 tax returns | $ 325.00 | 1.5 | 487.50 |
| 12/31/2012 | LS | Tax Issues | Preparation of 2011 tax workpaper | $ 275.00 | 3.5 | 962.50 |
| | MW | Tax Issues | Finish initial set-up of 2011 tax returns and set-up staff to begin preparation | $ 325.00 | 1.6 | 520.00 |
| 1/2/2013 | LS | Tax Issues | Preparation of 2011 tax returns and workpaper | $ 275.00 | 6.0 | 1,650.00 |
| | RT | Tax Issues | Questions re. deductibility of loan acquisition costs | $ 425.00 | 0.2 | 85.00 |
| | MW | Tax Issues | Respond to questions re. deductibility of loan acquisition costs | $ 325.00 | 1.0 | 325.00 |
| 1/3/2013 | LS | Tax Issues | Continue preparation of 2011 tax returns | $ 275.00 | 3.5 | 962.50 |
| 1/7/2013 | LS | Tax Issues | Continue preparation of 2011 tax returns | $ 275.00 | 2.5 | 687.50 |
| 1/8/2013 | LS | Tax Issues | Continue preparation of 2011 tax returns and allocations. | $ 275.00 | 2.5 | 687.50 |
| 1/9/2013 | MW | Tax Issues | Assist staff in the preparation of 2011 tax returns | $ 325.00 | 0.5 | 162.50 |
| 1/29/2013 | MW | Tax Issues | Preparation of 1099 questions to be addressed | $ 325.00 | 0.3 | 97.50 |
| 2/7/2013 | MW | Tax Issues | Review of 2011 partnership tax returns | $ 325.00 | 1.0 | 325.00 |
| | | | Tax planning and consolidation for partnership tax returns for 2011 | $ 325.00 | 0.5 | 162.50 |
| 2/8/2013 | MW | Tax Issues | Continued review of 2011 partnership tax returns | $ 325.00 | 4.0 | 1,300.00 |
| 2/13/2013 | MW | Tax Issues | Revisions to the partnership tax returns for 2011 | $ 325.00 | 3.0 | 975.00 |
| | | | Tracking of missing items needed to finish preparation of 2011 tax returns | $ 325.00 | 0.5 | 162.50 |
| 2/15/2013 | MW | Tax Issues | Tracking of missing items needed to finish preparation of 2011 tax returns | $ 325.00 | 0.5 | 162.50 |
| 2/20/2013 | MW | Tax Issues | Revisions to the partnership tax returns for 2011 | $ 325.00 | 2.0 | 650.00 |
| 2/25/2013 | MW | Tax Issues | Tax planning and consolidation for partnership tax returns for 2011 | $ 325.00 | 0.7 | 227.50 |
| 2/26/2013 | SG | Tax Issues | Managing Director review of the 2011 partnership tax returns | $ 650.00 | 1.5 | 975.00 |
| | MW | Tax Issues | Tax planning and consolidation for partnership tax returns for 2011 | $ 325.00 | 0.9 | 292.50 |
| | | | Tracking of missing items needed to finish preparation of 2011 partnership tax returns | $ 325.00 | 0.6 | 195.00 |
| 2/28/2013 | MW | Tax Issues | Revisions to the 2011 partnership tax returns after Managing Director review | $ 325.00 | 1.0 | 325.00 |
| 3/4/2013 | SG | Teleconferences/Meetings - Debtor/Counsel | Teleconference with M. Wong and Debtor re: 2011 partnership tax returns and missing items needed to finalize return | $ 650.00 | 1.0 | 650.00 |
| | MW | Teleconferences/Meetings - Debtor/Counsel | Teleconference with S. Golden and Debtor re: 2011 partnership tax returns and missing items needed to finalize return | $ 325.00 | 1.0 | 325.00 |
| 3/5/2013 | SG | Tax Issues | Review and comment on open issues re: 2011 partnership tax returns and missing items needed to finalize return | $ 650.00 | 0.5 | 325.00 |
| 3/6/2013 | MW | Tax Issues | Tracking of missing items needed to finish preparation of 2011 partnership tax returns | $ 325.00 | 0.5 | 162.50 |
| 3/18/2013 | MW | Tax Issues | Revisions to the 2011 partnership tax returns after Managing Director review | $ 325.00 | 2.0 | 650.00 |
| 3/20/2013 | SG | Tax Issues | Finalize 2011 partnership tax returns | $ 650.00 | 0.5 | 325.00 |
| | | | | | 48.8 | $ 16,312.50 |

**EXHIBIT B**

JHK INVESTMENTS, LLC

OUT-OF-POCKET EXPENSES INCURRED

September 24, 2012 through May 31, 2013

Exhibit B - Expenses

JHK Investments, LLC
Expense Details
September 24, 2012 through May 31, 2013

| Expense Type | Initial | Total |
|---|---|---|
| Working Meals | MW | $  18.65 |
| **Working Meals Total** | | **18.65** |
| | | |
| FED EX | CBIZ | 30.81 |
| **FED EX Total** | | **30.81** |
| | | |
| Postage | CBIZ | 6.11 |
| **Postage Total** | | **6.11** |
| | | |
| Fast Tax Charges | CBIZ | 250.00 |
| **Fast Tax Charges Total** | | **250.00** |
| | | |
| **Grand Total** | | **$    305.57** |

| ID | Name | Date | Code | Type | | Merchant | | Amount | | | | | | Total | | Flag |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 346431297 | Arber Allyson | 19-Mar-13 04:35 PM | 65617 | Tax | | Hale & Hearty Soups (35th | Meals | $12.09 | $1.07 | $0.00 | $1.21 | $0.00 | $0.65 | $15.02 | · | No |
| 346429599 | Vankleef Raelyn | 19-Mar-13 04:34 PM | 61725/AT T | Audit | | Hale & Hearty Soups (35th | Meals | $13.47 | $1.20 | $0.00 | $1.35 | $0.00 | $0.72 | $16.74 | · | No |
| 346428756 | Hackett James | 19-Mar-13 04:31 PM | 11111 | Admin | | Evergreen Shanghai Restau | Meals | $14.85 | $1.32 | $0.00 | $1.49 | $0.00 | $0.79 | $18.45 | Y | No |
| 346429308 | Dvir Dora | 19-Mar-13 04:24 PM | 18360/att | Audit | | Fresh Basil's | Meals | $13.90 | $1.23 | $0.00 | $1.39 | $0.00 | $0.74 | $17.26 | · | No |
| 346429482 | Migliorino Rosanne | 19-Mar-13 04:23 PM | 63574 | FOS | | Fresh Basil's | Meals | $15.01 | $1.33 | $0.00 | $1.51 | $0.00 | $0.80 | $18.65 | · | No |
| 346426005 | Palumbo Donna | 19-Mar-13 04:03 PM | 08752 | FOS | Admin Rights | Hale & Hearty Soups (35th | Meals | $14.97 | $1.33 | $0.00 | $1.50 | $0.00 | $0.80 | $18.60 | · | No |
| 346423569 | Tsongas Gus | 19-Mar-13 03:44 PM | 14098 | Tax | | Fresh Basil's | Meals | $14.55 | $1.29 | $0.00 | $1.46 | $0.00 | $0.78 | $18.08 | · | No |
| 346419042 | Berk Charles | 19-Mar-13 03:21 PM | 100513 | CRG | | Just Salad | Meals | $11.55 | $1.03 | $0.00 | $1.16 | $0.00 | $0.62 | $14.36 | · | No |
| 346397307 | Georgiev Ivan | 19-Mar-13 01:43 PM | 61725 | Tax | | Just Salad | Meals | $12.95 | $1.15 | $0.00 | $1.30 | $0.00 | $0.69 | $16.09 | · | No |
| 346390635 | Shah Tejash | 19-Mar-13 01:28 PM | 64566/AT T | Audit | | Quizno's Subs (W. 34th St | Meals | $14.97 | $1.33 | $0.00 | $1.50 | $0.00 | $0.80 | $18.60 | · | No |
| 346390349 | Weinstein Eric | 19-Mar-13 01:24 PM | 64624 | Audit | | Hale & Hearty Soups (35th | Meals | $14.58 | $1.29 | $0.00 | $1.46 | $0.00 | $0.78 | $18.11 | · | No |
| 346389336 | Loukatos Jerry | 19-Mar-13 01:20 PM | 65098/att | Audit | | Junior's (Broadway ) | Meals | $14.45 | $1.28 | $0.00 | $1.45 | $0.00 | $0.77 | $17.95 | · | No |
| 346385259 | Chafflotte Richard | 19-Mar-13 01:20 PM | 64155 | FOS | | Fresh Basil's | Meals | $14.95 | $1.33 | $0.00 | $1.50 | $0.00 | $0.80 | $18.58 | · | No |
| 346388688 | Nicokiris Steve | 19-Mar-13 01:19 PM | 99999 | Audit | | Hale & Hearty Soups (35th | Meals | $14.98 | $1.33 | $0.00 | $1.50 | $0.00 | $0.80 | $18.61 | · | No |
| 346383594 | Nuzio Brian | 19-Mar-13 01:08 PM | 64624/AT T | Audit | | Just Salad | Meals | $15.01 | $1.34 | $0.00 | $1.50 | $0.00 | $0.80 | $18.65 | · | No |
| 346351893 | Campbell Alicia | 19-Mar-13 12:13 PM | 64399/1 | FOS | | Aki Sushi West | Meals | $13.50 | $1.20 | $0.00 | $2.00 | $0.00 | $0.75 | $17.45 | · | No |
| 346151199 | Brendle Jonathan | 18-Mar-13 07:13 PM | 65543/AT T | Audit | | Shorty's | Meals | $14.77 | $1.32 | $0.00 | $1.76 | $0.00 | $0.80 | $18.65 | · | No |
| 346126299 | Zacchino Stephanie | 18-Mar-13 06:51 PM | 100253/at t | Audit | | Shorty's | Meals | $14.58 | $1.29 | $0.00 | $1.98 | $0.00 | $0.80 | $18.65 | · | No |
| 346128468 | Wu Yan | 18-Mar-13 06:48 PM | 63374 | Tax | | Amadeus Pizza | Meals | $14.71 | $1.30 | $0.00 | $1.84 | $0.00 | $0.80 | $18.65 | · | No |
| 346110390 | Wong Maggie | 18-Mar-13 06:23 PM | 65027 | Tax | | Aki Sushi West | Meals | $14.65 | $1.31 | $0.00 | $1.89 | $0.00 | $0.80 | $18.65 | · | No |
| 346087071 | Gross Benjamin | 18-Mar-13 06:18 PM | 00405 | Tax | | Olympic Pita | Meals | $15.36 | $1.36 | $0.00 | $1.13 | $0.00 | $0.80 | $18.65 | · | No |
| 346096536 | Johnson Alana | 18-Mar-13 06:03 PM | 63886 | Tax | | Havana Central (Times Squ | Meals | $14.50 | $1.29 | $0.00 | $1.50 | $0.00 | $0.78 | $18.07 | · | No |
| 346089963 | Carr Dudley | 18-Mar-13 05:53 PM | 11111 | Admin | | Chef Yu | Meals | $14.20 | $1.26 | $0.00 | $2.00 | $0.00 | $0.79 | $18.25 | · | No |
| 346082958 | Basdeo-Zapata Maureen | 18-Mar-13 05:25 PM | 61725 | Tax | | Dallas BBQ (42nd St.) | Meals | $14.99 | $1.33 | $0.00 | $1.50 | $0.00 | $0.80 | $18.62 | · | No |
| 346070376 | Saini Parminder | 18-Mar-13 05:25 PM | 25311-1 | FOS | | Curry Dream | Meals | $14.60 | $1.29 | $0.00 | $1.96 | $0.00 | $0.80 | $18.65 | · | No |
| 346077333 | Sanchez Nancy | 18-Mar-13 05:20 PM | 1111 | Tax | | Ben's Kosher Delicatessen | Meals | $15.98 | $1.42 | $0.00 | $0.25 | $0.00 | $0.79 | $18.44 | · | No |
| 346077510 | Georgakopoulos Nicole | 18-Mar-13 05:08 PM | 100128 | Tax | | Energy Kitchen (W 47th) | Meals | $12.96 | $1.15 | $0.00 | $2.00 | $0.00 | $0.72 | $16.83 | · | No |
| 346077075 | Moshashvili David | 18-Mar-13 05:07 PM | 100375/at t | Audit | | Colbeh Glatt Kosher Resta | Meals | $15.02 | $1.33 | $0.00 | $1.50 | $0.00 | $0.80 | $18.65 | · | No |
| 346077297 | Zhao Jing | 18-Mar-13 05:07 PM | 64065/AT T | Audit | | Just Salad | Meals | $14.10 | $1.25 | $0.00 | $2.00 | $0.00 | $0.78 | $18.13 | · | No |
| 346067349 | Lai Mandy | 18-Mar-13 04:58 PM | 25510 | FOS | | Ginger's | Meals | $14.70 | $1.30 | $0.00 | $1.47 | $0.00 | $0.79 | $18.26 | · | No |
| 346073808 | Palumbo Donna | 18-Mar-13 04:52 PM | 64923 | FOS | Admin Rights | Mr. Broadway Kosher Delic | Meals | $15.65 | $1.39 | $0.00 | $1.57 | $0.00 | $0.84 | $19.45 | · | No |
| 346071858 | Eydelman Alla | 18-Mar-13 04:41 PM | 64474 | FOS | | Connollys Irish Pub & Res | Meals | $15.01 | $1.34 | $0.00 | $1.50 | $0.00 | $0.80 | $18.65 | · | No |
| 346070035 | Tafelski | 18-Mar- | 65552-09 | Tax | | Schnipper | Meals | $13.23 | $1.17 | $0.00 | $1.32 | $0.00 | $0.71 | $16.43 | · | No |



| Invoice Number | Invoice Date | Account Number | Page |
|---|---|---|---|
| 2-194-66865 | Mar 04, 2013 | 0100-9193-4 | 24 of 28 |

**Picked up:** Feb 27, 2013        **Cust. Ref.:** 65023        Ref.#2:
**Payor:** Shipper        Ref.#3:
- Fuel Surcharge - FedEx has applied a fuel surcharge of 10.00% to this shipment.
- The Earned Discount for this ship date has been calculated based on a revenue threshold of $ 30040.94
- Distance Based Pricing, Zone 8
- Package Delivered to Recipient Address - Release Authorized

| | | Sender | Recipient |
|---|---|---|---|
| Automation | INET | BERNADETTE STEWART | Mary McCormackMichael Morris |
| Tracking ID | 794852212067 | MAHONEY COHEN & CO. CPA PC | 17372 Quesan Place |
| Service Type | FedEx Priority Overnight | 1065 AVENUE OF THE AMERICAS | ENCINO CA 91316 US |
| Package Type | FedEx Envelope | NEW YORK NY 10018 US | |
| Zone | 08 | | |
| Packages | 1 | | |
| Rated Weight | N/A | Transportation Charge | 33.40 |
| Delivered | Feb 28, 2013 09:41 | Fuel Surcharge | 1.78 |
| Svc Area | A1 | Residential Delivery | 3.20 |
| Signed by | see above | Earned Discount | -1.34 |
| FedEx Use | 000000000/0000252/02 | Discount | -17.45 |
| | | **Total Charge**                     USD | **$19.59** |

**Picked up:** Feb 27, 2013        **Cust. Ref.:** 65023        Ref.#2:
**Payor:** Shipper        Ref.#3:
- Fuel Surcharge - FedEx has applied a fuel surcharge of 10.00% to this shipment.
- The Earned Discount for this ship date has been calculated based on a revenue threshold of $ 30040.94
- Distance Based Pricing, Zone 2

| | | Sender | Recipient |
|---|---|---|---|
| Automation | INET | BERNADETTE STEWART | Michael Morris |
| Tracking ID | 794852254420 | CBIZ MHM, LLC | Smash Production Office |
| Service Type | FedEx Priority Overnight | 1065 AVENUE OF THE AMERICAS FL | 44 Eagle Street |
| Package Type | FedEx Envelope | NEW YORK NY 10018 US | BROOKLYN NY 11222 US |
| Zone | 02 | | |
| Packages | 1 | | |
| Rated Weight | N/A | Transportation Charge | 19.80 |
| Delivered | Feb 28, 2013 10:09 | Fuel Surcharge | 0.87 |
| Svc Area | A2 | Discount | -10.35 |
| Signed by | N.NICK | Earned Discount | -0.79 |
| FedEx Use | 000000000/0000186/_ | **Total Charge**                     USD | **$9.53** |

**65023 Reference Subtotal       USD        $29.12**

**Picked up:** Feb 26, 2013        **Cust. Ref.:** 65027-6        Ref.#2:
**Payor:** Shipper        Ref.#3:
- The Earned Discount for this ship date has been calculated based on a revenue threshold of $ 30040.94
- Fuel Surcharge - FedEx has applied a fuel surcharge of 10.00% to this shipment.
- Distance Based Pricing, Zone 2
- FedEx has audited this shipment for correct packages, weight, and service. Any changes made are reflected in the invoice amount.
- The package weight exceeds the maximum for the packaging type, therefore, FedEx Pak was rated as Customer Packaging.

| | | Sender | Recipient |
|---|---|---|---|
| Automation | INET | Patty O'Shea | Scott Piskin |
| Tracking ID | 794682950145 | 1065 Avenue of the Americas | JHK Investments |
| Service Type | FedEx Standard Overnight | NEW YORK NY 10018 US | One Gorham Ilsand |
| Package Type | Customer Packaging | | WESTPORT CT 06880 US |
| Zone | 02 | | |
| Packages | 1 | | |
| Rated Weight | 3.0 lbs, 1.4 kgs | Transportation Charge | 22.85 |
| Delivered | Feb 27, 2013 11:18 | Discount | -11.94 |
| Svc Area | A4 | Earned Discount | -0.91 |
| Signed by | M.BARKER | Fuel Surcharge | 1.00 |
| FedEx Use | 000000000/0001283/_ | **Total Charge**                     USD | **$11.00** |

**65027-6 Reference Subtotal       USD        $11.00**



| | Invoice Number | Invoice Date | Account Number | Page |
|---|---|---|---|---|
| | 2-217-34478 | Mar 25, 2013 | 0100-9193-4 | 5 of 29 |

## FedEx Express Shipment Detail By Reference (Original)

**Picked up: Mar 19, 2013**  Cust. Ref.: NO REFERENCE INFORMATION  Ref.#2:
**Payor: Shipper**  Ref.#3:

- The Earned Discount for this ship date has been calculated based on a revenue threshold of $ 29974.26
- Fuel Surcharge - FedEx has applied a fuel surcharge of 11.00% to this shipment.
- Distance Based Pricing, Zone 8
- Package sent from: 92121 zip code

| Automation | USAB | Sender | Recipient | |
|---|---|---|---|---|
| Tracking ID | 802550209495 | STEVEN E GOLDEN | JAMES CONNORS | |
| Service Type | FedEx Standard Overnight | CBIZ MHM,LLC | NEW YORK STATE DEPARTMENT OF T | |
| Package Type | FedEx Envelope | 1065 AVE OF THE AMERICAS S F11 | 340 EAST MAIN ST ROCHESTER DIS | |
| Zone | 08 | NEW YORK NY 10018-1878 US | ROCHESTER NY 14604 US | |
| Packages | 1 | | | |
| Rated Weight | N/A | Transportation Charge | | 31.45 |
| Delivered | Mar 20, 2013 09:41 | Discount | | -16.43 |
| Svc Area | A2 | Earned Discount | | -1.26 |
| Signed by | A.PAGE | Fuel Surcharge | | 1.51 |
| FedEx Use | 007852351/0000266/_ | Total Charge | USD  1-33-122 | $15.27 |

**Dropped off: Mar 21, 2013**  Cust. Ref.: NO REFERENCE INFORMATION  Ref.#2:
**Payor: Shipper**  Ref.#3:

- The Earned Discount for this ship date has been calculated based on a revenue threshold of $ 29974.26
- Fuel Surcharge - FedEx has applied a fuel surcharge of 11.00% to this shipment.
- Distance Based Pricing, Zone 3

| Automation | INET | Sender | Recipient | |
|---|---|---|---|---|
| Tracking ID | 799340553287 | LEONIDITA PASCUAL | David Andelman | |
| Service Type | FedEx Priority Overnight | CBIZ MHM, LLC | Louria & Cutler PC | |
| Package Type | FedEx Envelope | 111 WEST 40TH ST | 60 State Street | |
| Zone | 03 | NEW YORK NY 10018 US | BOSTON MA 02109 US | |
| Packages | 1 | | | |
| Rated Weight | N/A | Transportation Charge | | 23.60 |
| Delivered | Mar 22, 2013 10:33 | Earned Discount | | -0.94 |
| Svc Area | A1 | Discount | | -12.33 |
| Signed by | C.COURRER | Fuel Surcharge | 100408 | 1.14 |
| FedEx Use | 000000000/0000197/_ | Total Charge | USD    F | $11.47 |

**Picked up: Mar 21, 2013**  Cust. Ref.: NO REFERENCE INFORMATION  Ref.#2:
**Payor: Shipper**  Ref.#3:

- Fuel Surcharge - FedEx has applied a fuel surcharge of 11.00% to this shipment.
- The Earned Discount for this ship date has been calculated based on a revenue threshold of $ 29974.26
- Distance Based Pricing, Zone 8
- Package sent from: 92121 zip code

| Automation | USAB | Sender | Recipient | |
|---|---|---|---|---|
| Tracking ID | 802550209484 | STEVEN GOLDEN | MAGGIE WONG | |
| Service Type | FedEx Standard Overnight | CBIZ MHM,LLC | CBIZ MHM LLC | |
| Package Type | FedEx Envelope | 1065 AVE OF THE AMERICAS S F11 | 1065 AVENUE OF THE AMERICAS | |
| Zone | 08 | NEW YORK NY 10018-1878 US | NEW YORK NY 10018 US | |
| Packages | 1 | | | |
| Rated Weight | N/A | Transportation Charge | | 31.45 |
| Delivered | Mar 22, 2013 10:07 | Fuel Surcharge | | 1.51 |
| Svc Area | A1 | Earned Discount | | -1.26 |
| Signed by | P.COURNEY | Discount | 65027, 65027/01 | -16.43 |
| FedEx Use | 008063688/0000266/_ | Total Charge | USD    W | $15.27 |

**NO REFERENCE INFORMATION Reference Subtotal**    USD    **$42.01**

$7.64



**Picked up: Mar 26, 2013**   Cust. Ref.: 65023/1   Ref.#2:
**Payor: Shipper**   Ref.#3:

- Fuel Surcharge - FedEx has applied a fuel surcharge of 11.00% to this shipment.
- The Earned Discount for this ship date has been calculated based on a revenue threshold of $29985.95
- Distance Based Pricing, Zone 8

| Automation | INET | Sender | | Recipient | |
| --- | --- | --- | --- | --- | --- |
| Tracking ID | 799366777360 | BERNADETTE STEWART | | Vivian Carroll | |
| Service Type | FedEx Priority Overnight | CBIZ MHM, LLC | | Bloom Hergott And Diemer LLP | |
| Package Type | FedEx Envelope | 1065 AVENUE OF THE AMERICAS FL | | 150 S RODEO DR FL 3 | |
| Zone | 08 | NEW YORK NY 10018 US | | BEVERLY HILLS CA 90212 US | |
| Packages | 1 | | | | |
| Rated Weight | N/A | Transportation Charge | | | 33.40 |
| Delivered | Mar 27, 2013 10:16 | Fuel Surcharge | | | 1.61 |
| Svc Area | A1 | Earned Discount | | | -1.34 |
| Signed by | M.JESSICA | Discount | | | -17.45 |
| FedEx Use | 000000000/0000252/_ | Total Charge | | USD | $16.22 |

**65023/1 Reference Subtotal     USD     F     $16.22**

**Picked up: Mar 22, 2013**   Cust. Ref.: 65027-6   Ref.#2:
**Payor: Shipper**   Ref.#3:

- The Earned Discount for this ship date has been calculated based on a revenue threshold of $29974.26
- Fuel Surcharge - FedEx has applied a fuel surcharge of 11.00% to this shipment.
- Distance Based Pricing, Zone 2
- FedEx has audited this shipment for correct packages, weight, and service. Any changes made are reflected in the invoice amount.
- The package weight exceeds the maximum for the packaging type, therefore, FedEx Pak was rated as Customer Packaging.

| Automation | INET | Sender | | Recipient | |
| --- | --- | --- | --- | --- | --- |
| Tracking ID | 799346239982 | Patty O'Shea | | Scott Piskin | |
| Service Type | FedEx Standard Overnight | 1065 Avenue of the Americas | | JHK Investments | |
| Package Type | Customer Packaging | NEW YORK NY 10018 US | | One Gorham Ilsand | |
| Zone | 02 | | | WESTPORT CT 06880 US | |
| Packages | 1 | | | | |
| Rated Weight | 5.0 lbs, 2.3 kgs | Transportation Charge | | | 25.05 |
| Delivered | Mar 25, 2013 11:35 | Earned Discount | | | -1.00 |
| Svc Area | A4 | Fuel Surcharge | | | 1.21 |
| Signed by | M.BARKER | Discount | | | -13.09 |
| FedEx Use | 000000000/0001283/_ | Total Charge | | USD | $12.17 |

**65027-6 Reference Subtotal     USD     W     $12.17**

**Dropped off: Mar 20, 2013**   Cust. Ref.: 65079   Ref.#2:
**Payor: Shipper**   Ref.#3:

- The Earned Discount for this ship date has been calculated based on a revenue threshold of $29974.26
- Fuel Surcharge - FedEx has applied a fuel surcharge of 11.00% to this shipment.
- Distance Based Pricing, Zone 3
- 1st attempt Mar 25, 2013 at 11:36 AM.
- FedEx has audited this shipment for correct packages, weight, and service. Any changes made are reflected in the invoice amount.
- Package Delivered to Recipient Address - Release Authorized
- The package weight exceeds the maximum for the packaging type, therefore, FedEx Envelope was rated as FedEx Pak.

| Automation | INET | Sender | | Recipient | |
| --- | --- | --- | --- | --- | --- |
| Tracking ID | 799329564533 | Linda McCarty | | Clayton Deutsch RI | |
| Service Type | FedEx Express Saver | CBIZ MHM, LLC | | 2 Harbor Drive | |
| Package Type | FedEx Pak | 1065 AVENUE OF THE AMERICAS | | NEWPORT RI 02840 US | |
| Zone | 03 | NEW YORK NY 10018 US | | | |
| Packages | 1 | | | | |
| Rated Weight | 1.0 lbs, 0.5 kgs | Transportation Charge | | | 12.30 |
| Delivered | Mar 25, 2013 14:47 | Discount | | | -4.92 |
| Svc Area | A5 | Earned Discount | | | -0.49 |
| Signed by | see above | Residential Delivery | | | 3.20 |
| FedEx Use | 000000000/0007169/02 | Fuel Surcharge | | | 1.11 |
| | | Total Charge | | USD | $11.20 |

1089-03-00-0000189-0003-0003966

**neopost**

## CBIZ MAHONEY COHEN
## Summary by Department Report

Date Range: 3/27/2013 to 4/26/2013

| Department ID | Department Name | Pieces | Rated Wt. | Actual Wt. | Ship Chgs | Service Chgs | Carrier Chgs | Handling Chgs | Total Chgs |
|---|---|---|---|---|---|---|---|---|---|
| 64624/att | 64624/att | 1 | 0.625 | 0.570 | 2.720 | 0.000 | 2.720 | 0.000 | 2.720 |
| 64640 | 64640 | 1 | 0.125 | 0.085 | 1.120 | 5.650 | 6.770 | 0.000 | 6.770 |
| 64658 | 64658 | 4 | 0.689 | 0.565 | 4.160 | 22.600 | 26.760 | 0.000 | 26.760 |
| 64719/405 | 64719/405 | 1 | 1.000 | 0.860 | 5.600 | 0.000 | 5.600 | 0.000 | 5.600 |
| 64740 | 64740 | 1 | 0.125 | 0.085 | 1.120 | 5.650 | 6.770 | 0.000 | 6.770 |
| 64742 | 64742 | 2 | 0.063 | 0.030 | 1.120 | 5.650 | 6.770 | 0.000 | 6.770 |
| 64823/att | 64823/att | 1 | 0.188 | 0.150 | 0.860 | 0.000 | 0.860 | 0.000 | 0.860 |
| 64824 | 64824 | 1 | 0.438 | 0.435 | 2.120 | 5.650 | 7.770 | 0.000 | 7.770 |
| 64923 | 64923 | 9 | 0.378 | 0.180 | 4.140 | 31.350 | 35.490 | 0.000 | 35.490 |
| 64940 | 64940 | 18 | 1.883 | 1.280 | 11.600 | 96.050 | 107.650 | 0.000 | 107.650 |
| 64983/att | 64983/att | 5 | 0.000 | 0.000 | 5.500 | 0.000 | 5.500 | 0.000 | 5.500 |
| 64986/att | 64986/att | 35 | 0.000 | 0.000 | 16.100 | 0.000 | 16.100 | 0.000 | 16.100 |
| 65010 | 65010 | 10 | 0.000 | 0.000 | 4.600 | 0.000 | 4.600 | 0.000 | 4.600 |
| 65010/13 | 65010/13 | 1 | 0.063 | 0.025 | 0.460 | 5.650 | 6.110 | 0.000 | 6.110 |
| 65010/9 | 65010/9 (VOID) | 3 | 0.000 | 0.000 | 1.380 | 0.000 | 1.380 | 0.000 | 1.380 |
| 65014 | 65014 | 387 | 4.634 | 3.240 | 191.060 | 158.200 | 349.260 | 0.000 | 349.260 |
| 65014/1 | 65014/1 | 8 | 2.063 | 1.620 | 9.020 | 0.000 | 9.020 | 0.000 | 9.020 |
| 65014/18 | 65014/18 | 1 | 0.000 | 0.000 | 0.460 | 0.000 | 0.460 | 0.000 | 0.460 |
| 65014/2 | 65014/2 | 14 | 0.000 | 0.000 | 6.440 | 0.000 | 6.440 | 0.000 | 6.440 |
| 65014/3 | 65014/3 | 13 | 0.063 | 0.045 | 5.980 | 5.650 | 11.630 | 0.000 | 11.630 |
| 65014/5 | 65014/5 | 6 | 0.500 | 0.445 | 5.140 | 0.000 | 5.140 | 0.000 | 5.140 |
| 65014/9 | 65014/9 | 26 | 0.189 | 0.085 | 11.960 | 16.950 | 28.910 | 0.000 | 28.910 |
| 65015 | 65015 | 18 | 0.000 | 0.000 | 8.280 | 0.000 | 8.280 | 0.000 | 8.280 |
| 650170 | 650170 | 1 | 0.000 | 0.000 | 0.460 | 0.000 | 0.460 | 0.000 | 0.460 |
| 65023 | 65023 | 28 | 1.126 | 0.880 | 17.120 | 11.300 | 28.420 | 0.000 | 28.420 |
| 65023/1 | 65023/1 | 1 | 0.063 | 0.025 | 0.460 | 5.650 | 6.110 | 0.000 | 6.110 |
| 65023/5 | 65023/5 | 1 | 0.250 | 0.245 | 1.520 | 0.000 | 1.520 | 0.000 | 1.520 |
| 65027/6 | 65027/6 | 1 | 0.063 | 0.025 | 0.460 | 5.650 | 6.110 | 0.000 | 6.110 |
| 65029 | 65029 | 1 | 0.125 | 0.105 | 1.120 | 0.000 | 1.120 | 0.000 | 1.120 |
| 65047 | 65047 | 2 | 0.126 | 0.060 | 0.920 | 11.300 | 12.220 | 0.000 | 12.220 |

Created Monday, April 29, 2013 10:53:41 AM

Datediff(d4,3/27/2013',TX_DATE_SHIPPED) >= 0 and Datediff(d4,4/26/2013',TX_DATE_SHIPPED) <1 and TX_TS_ID <> 'VOIDED'

# CBIZ COMPUTER GENERATED CHARGES

TO:   VEE ENGLISH           MAIL DATE: _____

FROM:                 TAX PARTNERS & SR. MANAGERS

L. BERLAND   C. CLABBY   B. GADON   (S. GOLDEN)   J. GRAHAM   D. HICKEY   T. MAC AVERY   D. REISER

A. ARBER   K. CUNNINGHAM   A. KNELLER   R. THEE   G. TSONGAS   S. VOLK

H. LONDNER   G. SPIEGEL

### FOS PARTNERS & SR. MANAGERS

M. GARTEN   L. McCARTY   M. MINKER   K. NOLAN

G. DUBOFF   J. FITZGERALD   R. MIGLIORINO   D. PALUMBO   W. PREVIL

### KASSIMIR

M. KASSIMIR

SUBJECT:   FOR TRACKING SYSTEM          DATE PROCESSED  3/22/13

**Please Debit the following client for the out-of-pocket computer charges indicated below**

## CLIENT NAME____*IHK INVESTMENTS LLC*____

## CLIENT NUMBER____*65027-6*____

|                          | **CHARGE** |
|--------------------------|------------|
| 8752                     | NONE       |
| 1120/1120S               | $ 250      |
| Multi States (>4)        | 300        |
| 1040 – REGULAR           | 150        |
| 1040 – CHILD             | 100        |
| 1065                     | 250        |
| W/ K-1's in excess of 20 | 300        |
| 1041                     | 150        |
| 990                      | 175        |
| AMENDED RETURN           | 150        |
| ****OTHER PLEASE SPECIFY | 150        |

PLEASE INITIAL _____

****INDICATE CHARGE AND EXPLANATION IF OTHER THAN STANDARD*****

**EXHIBIT C**

JHK INVESTMENTS, LLC

RETENTION ORDER

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT
### BRIDGEPORT DIVISION

```
-------------------------------------------------- :
In re:                                             :     CHAPTER 11
                                                   :
JHK INVESTMENTS, LLC                               :     CASE NO. 12-51608 (AHWS)
                                                   :
         Debtor.                                   :
-------------------------------------------------- X
```

<u>ORDER AUTHORIZING RETENTION OF ACCOUNTANT NUNC PRO TUNC</u>

This cause came for consideration upon the Amended Application of JHK Investments, LLC, as debtor and debtor-in-possession, dated December 4, 2012 for an Order authorizing it to retain and employ CBIZ MHM, LLC ("CBIZ"), and upon the Affidavit of Steven Golden, CPA, and it appearing that it is necessary and proper for the Debtor to employ a certified public accountant for the purpose of providing the accounting services described in the Application and that such employment is in the best interest of the estate and its creditors and it appearing that said CBIZ does not hold or represent interest adverse to the estate and is a disinterested person, it is

ORDERED that the Debtor be and it hereby is authorized to retain and employ CBIZ, pursuant to 11 U.S.C. §327(a) on an hourly basis *nunc pro tunc* to September 24, 2012, as its accountants to perform the professional services more fully described in the annexed Application, and it is further

ORDERED and adjudged that CBIZ waives any recovery on its pre-petition claim in the above-captioned proceedings; and it is further

ORDERED that this Order is without prejudice to such further applications as the Debtor may deem necessary in order to modify the scope or extent of the services which CBIZ is authorized to perform or to adjust the amount of compensation or reimbursement allowable therefore; and it is further

ORDERED that maximum compensation for CBIZ shall not exceed $12,000.00 without further

order of this Court.

Dated at Bridgeport, Connecticut this 12th day of December, 2012.

By the court

*Alan H. W. Shiff*
Alan H. W. Shiff
United States Bankruptcy Judge